UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**ONTEL PRODUCTS CORPORATION**, a New Jersey Corporation,

    Plaintiff,

    v.

**TOP SOURCE MEDIA L.L.C.**, a Minnesota limited liability company, and **ROBERT ANDERSON**, an individual,

    Defendants.

Civ. No. 22-04141 (KM) (JBC)

ORDER

**THIS MATTER** having come before the Court on Plaintiff's motion for default judgment (DE 29); and the Court having considered Plaintiff's submission without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 26th day of October, 2023,

**ORDERED** that Plaintiff's motion for default judgment (DE 29) is **DENIED**; and it is further

**ORDERED** that the denial is without prejudice to proof of valid service accompanied by a demonstration that Defendants are subject to this Court's jurisdiction. Alternatively, Plaintiff may move to transfer venue of the action under 28 U.S.C. § 1631 to a district which has jurisdiction over Defendants. If none of these actions are taken within 60 days, this case will be closed.

                                 /s/ Kevin McNulty

                                 _____

                                 **Kevin McNulty**
                                 **United States District Judge**